UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JESSICA L. H.,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

No. 6:20-CV-065-H-BU

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) regarding the final adverse decision of the Commissioner of Social Security on November 30, 2021. *See* Dkt. No. 26. Judge Parker recommended that the Court reverse the Commissioner's decision and remand the case to the Commissioner of Social Security for further proceedings. *Id.* at 13.

Where no specific objections are filed within 14 days after a party is served with a copy of the FCR, the Court must review the FCR only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). No objections were filed within the 14-day period.

The Court has examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 26). The Court reverses the final adverse decision of the Commissioner and remands this case to the Commissioner of Social

Security for further proceedings consistent with the FCR as to the issues of plaintiff's panic attacks, agoraphobia, and problems leaving the home.

So ordered on January 12, 2022.

                                                                                 JAMES WESLEY HENDRIX
                                                                                 UNITED STATES DISTRICT JUDGE